FILE

SEP 2 1

RICHARD W.
CLERK, U.S. DIS
NORTHERN DISTRICT

IT
ORNIA

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2   EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6960

7

    Attorneys for Plaintiff
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,          )   No.: CR 3 05 70696 BZ
                                       )
13              Plaintiff,             )   PARTIES' STIPULATION AND
                                       )   PROPOSED ORDER CONTINUING
14         v.                          )   PRELIMINARY HEARING OR
                                       )   ARRAIGNMENT AND WAIVING TIME
15  NANCY KHARSA,                      )   UNDER THE SPEEDY TRIAL ACT AND
                                       )   FRCP 5.1
16              Defendant.             )
                                       )
17

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19      1. The parties initially appeared on the complaint in this matter on September 7, 2005, and

20  the preliminary hearing/arraignment date was set for September 27, 2005.

21      2. The parties appeared on September 9, 2005 and again on September 14, 2005 for

22  identification of defense counsel. At the September 14, 2005 hearing, the parties requested that

23  the preliminary hearing/arraignment date be continued from September 27, 2005 until October

24  18, 2005.

25      3. The parties requested an exclusion of time from September 27, 2005 through October 18,

26  2005, based upon effective preparation of defense counsel, as well as upon continuity of counsel

27  in that counsel for the Government will be out of the country during the week of September 26,

28

STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ

1   2005. The parties moved that this same time period be excluded from the calculation of time

2   under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

3       4. In light of the foregoing facts, the failure to grant the requested exclusion would

4   unreasonably deny counsel for the defense the reasonable time necessary for effective

5   preparation, taking into account the exercise of due diligence, and would deny the Government

6   continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be

7   served by the Court excluding the proposed time period. These ends outweigh the best interest of

8   the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the

9   Defendant consents and there is good cause to extend time under Rule 5.1.

10      6. For the reasons stated, the time period from September 27, 2005 through October 18, 2005

11  shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

12  Criminal Procedure 5.1.

13      SO STIPULATED.

14  DATED: 9/14/05                                Respectfully Submitted,

15

16                                              /s/
                                              MICHELLE MORGAN-KELLY
17                                            Assistant United States Attorney

18  DATED:  9/19/05

19                                              /s/
                                              GEOFFREY HANSEN
20                                            Counsel for Defendant Nancy Kharsa

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED: 9/21/05

25                                            HON. JOSEPH C. SPERO
                                              United States Magistrate Judge
26

27

28  STIPULATION AND PROPOSED ORDER                    2
    NO. 3 05 70677 BZ