1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7
   Attorneys for Plaintiff
8
9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No.: CR 3 05 70696 BZ
                                      )
13 |     Plaintiff,                   )   PARTIES' STIPULATION AND
                                      )   PROPOSED ORDER CONTINUING
14 |     v.                           )   PRELIMINARY HEARING OR
                                      )   ARRAIGNMENT AND WAIVING TIME
15 | NANCY KHARSA,                    )   UNDER THE SPEEDY TRIAL ACT AND
                                      )   FRCP 5.1
16 |     Defendant.                   )
                                      )
17 | _____)

18
   The parties stipulate and agree, and the Court finds and holds, as follows:
19
       1. The parties appeared on November 15, 2005 for the preliminary hearing or arraignment in
20
   this matter before the Honorable Nandor Vadas, United States Magistrate Judge.
21
       2. At that time, the parties requested that the matter be continued until December 8, 2005 at
22
   9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from November
23
   15, 2005 until December 8, 2005, based upon effective preparation of counsel and continuity of
24
   government counsel.  The parties moved that this same time period be excluded from the
25
   calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.
26
       3. In light of the foregoing facts, the failure to grant the requested exclusion would
27
   unreasonably deny counsel for the defense the reasonable time necessary for effective
28

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ

1  preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(A),
2  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
3  These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> §
4  3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under
5  Rule 5.1.
6      4. For the reasons stated, the time period from November 15, 2005 until December 8, 2005
7  shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
8  Criminal Procedure 5.1.
9      SO STIPULATED.
10 DATED:                                   Respectfully Submitted,

DATED: 11/16/05

_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 11/16/05

_____
GEOFFREY HANSEN
Counsel for Defendant Nancy Kharsa

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 18, 2005

_____
HON. NANDOR J. VADAS
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ                                    2